**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Byron G. Rogers United States Courthouse
1929 Stout Street, C450
Denver, Colorado 80294

**LEWIS T. BABCOCK**                                                                                            303-844-2527
  Judge

March 19, 2012

MEMORANDUM

TO:        Greg Langham, Clerk

FROM:      Judge Babcock                    s/LTB

RE:        Civil Action No. 12-cv-00679-LTB
           General Electric Capital Corp v. Central Concrete Pumping, Inc., et al

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/es