IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-00679-RBJ

GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation,

    Plaintiff,

v.

CENTRAL CONCRETE PUMPING, INC., a Colorado corporation;
SOUTHWEST CONCRETE PUMPING, INC., a Colorado corporation;
AJ CONCRETE PUMPING II, INC., a Georgia corporation;
JEFFREY MOLL, an individual residing in and citizen of Colorado;
THOMAS M. ANDERSON, an individual residing in and citizen of Florida;
STEVEN ROBERT ROSENDALE, an individual residing in and citizen of Colorado;
PETER G. DeGROOD, an individual residing in and citizen of Colorado;
MDRA LAND INVESTMENT, LLC, a Colorado limited liability company;
MOBILE CONCRETE PUMP REPAIR, LLC, a Colorado limited liability company;
PATRIOT CONCRETE PUMPING, LLC, a Colorado limited liability company;
PATRIOT LEASCO, LLC, a Colorado limited liability company;
SWCP LIMITED LIABILITY COMPANY, a Colorado limited liability company; and
SOUTHWEST PAYROLL, LLC, a Colorado limited liability company,

    Defendants.

ORDER SETTING TRIAL AND FINAL PRETRIAL/TRIAL PREPARATION CONFERENCE

    This matter has been scheduled for a **four-day bench trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **May 13, 2013 at 9:00 a.m.**

    A Final Pretrial/Trial Preparation Conference is set for **April 30, 2013 at 8:00 a.m.** Counsel who will try the case shall attend in person.

During the Final Pretrial/Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

For additional information, please review my practice standards located at www.cod.uscourts.gov/Judges/Judges.aspx.

DATED this 2nd day of August, 2012.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge