IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 12CV00679 |
| CENTRAL CONCRETE PUMPING, INC., a Colorado corporation; SOUTHWEST CONCRETE PUMPING, INC., a Colorado corporation; AJ CONCRETE PUMPING II, INC., a Georgia corporation; JEFFREY MOLL, an individual residing in and citizen of Colorado; THOMAS M. ANDERSON, an individual residing in and citizen of Florida; STEVEN ROBERT ROSENDALE, an individual residing in and citizen of Colorado; PETER G. DeGROOD, an individual residing in and citizen of Colorado; MDRA LAND INVESTMENT, LLC, a Colorado limited liability company; MOBILE CONCRETE PUMP REPAIR, LLC, a Colorado limited liability company; PATRIOT CONCRETE PUMPING, LLC, a Colorado limited liability company; PATRIOT LEASCO, LLC, a Colorado limited liability company; SWCP LIMITED LIABILITY COMPANY, a Colorado limited liability company; and SOUTHWEST PAYROLL, LLC, a Colorado limited liability company, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff, General Electric Capital Corporation ("GE Capital"), through its attorneys, files this Notice of Settlement, and states as follows:

## D.C.COLO.L.Civ.R. 7.1(A) Certification

Undersigned counsel affirms that he has conferred with counsel for Defendant Patriot Concrete Pumping, LLC and Patriot Leaseco, LLC, (the "Patriot Entities") Patricia A. Thatcher, Esq., concerning the Notice of Settlement and the filing of the same is unopposed.

1. GE Capital and the Patriot Entities have negotiated and reached a comprehensive settlement. These parties anticipate the execution of a Settlement Agreement within approximately fourteen days. It is anticipated that performance of settlement terms and the filing of a Stipulated Motion to Dismiss the claims between these parties will occur thereafter.

2. Based upon the same, undersigned counsel contacted the Court and requested that the April 30, 2013 Pretrial Conference be vacated. Undersigned counsel anticipates promptly filing a further Notice with the Court setting forth the resolution of claims with other named Defendants in the pending bankruptcy proceeding (In Re: Central Concrete Pumping, Inc., et al., jointly administered under Chapter 11 Case No. 12-17031, U.S. Bankruptcy Court District of Colo.), which resolution may obviate the need for any trial in this matter.

Respectfully Submitted this 29th day of April, 2013.

        GENERAL ELECTRIC CAPITAL
        CORPORATION, a Delaware corporation

        By: s/ *Erich L. Bethke* {Orig. Sign. on file}
           One of Its Attorneys

Frank W. Visciano
Erich L. Bethke
Senn Visciano Canges P.C.
1700 Lincoln Street, Suite 4500
Denver, Colorado 80203
(303) 298-1122

Alexander Terras
Timothy S. Harris
Reed Smith LLP
10 South Wacker Drive, #4000
Chicago, Illinois 60606
(312) 207-1000

# CERTIFICATE OF SERVICE

This will certify that on this 29th day of April, 2013, a correct copy of the foregoing was electronically served via the U.S. District Court for the District of Colorado, Electronic Case Filing system, addressed as indicated below:

Esq.Onsager, Staelin & Guyerson, LLC
Mr. Michael J. Guyerson,
1873 South Bellaire Street #1401
Denver, CO 80222
mguyerson@osglaw.com


Ms. Patricia A. Thatcher, Esq.
Campbell Killin Brittan & Ray, LLC
270 St. Paul Street, Suite 200
Denver, CO 80206
pthatcher@ckbrlaw.com

*s/ Meghan Betz* {Orig. Sign. on file}