IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

GENERAL ELECTRIC CAPITAL )
CORPORATION, a Delaware corporation, )
)
Plaintiff, )
)
v. )  Case No. 12CV00679
)
CENTRAL CONCRETE PUMPING, INC., a )
Colorado corporation; SOUTHWEST )
CONCRETE PUMPING, INC., a Colorado )
corporation; AJ CONCRETE PUMPING II, INC.,)
a Georgia corporation; JEFFREY MOLL, an )
individual residing in and citizen of Colorado; )
THOMAS M. ANDERSON, an individual )
residing in and citizen of Florida; STEVEN )
ROBERT ROSENDALE, an individual residing )
in and citizen of Colorado; PETER G. )
DeGROOD, an individual residing in and citizen )
of Colorado; MDRA LAND INVESTMENT, )
LLC, a Colorado limited liability company; )
MOBILE CONCRETE PUMP REPAIR, LLC, )
a Colorado limited liability company; PATRIOT )
CONCRETE PUMPING, LLC, a Colorado )
limited liability company; PATRIOT LEASCO, )
LLC, a Colorado limited liability company; )
SWCP LIMITED LIABILITY COMPANY, a )
Colorado limited liability company; and )
SOUTHWEST PAYROLL, LLC, )
a Colorado limited liability company, )
)
Defendants. )

---

## ORDER FOR DEFAULT JUDGMENT

This matter comes before the Court on Plaintiff's Renewed Motion for Entry of Default Judgment ("Motion") against the following Defendants: MDRA Land Investment, LLC; Mobile Concrete Pump Repair, LLC; SWCP Limited Liability Company; and Southwest Payroll, LLC

(collectively referred to herein as the "Defaulting Defendants"). The Court, having reviewed the Motion, the affidavits filed contemporaneously with the Motion, as well as the pleadings in this action, and otherwise being fully advised in the premises, hereby enters the following findings:

1. Plaintiff General Electric Capital Corporation ("GE Capital" or "Plaintiff") filed a Renewed Motion for Entry of Default Judgment against the Defaulting Defendants.

2. GE Capital filed its Verified Complaint and Summons on March 16, 2012.

3. Each of the Defaulting Defendants was served on February 14, 2013.

4. Each Defaulting Defendant was required to file an answer or responsive pleading to Plaintiff's Verified Complaint on or before March 7, 2013.

5. The Defaulting Defendants have failed to file any answer or other responsive pleading to Plaintiff's Verified Complaint by the due date of March 7, 2013.

6. The Defaulting Defendants are in default with respect to the allegations and the requests for damages and other relief as set forth in Plaintiff's Verified Complaint.

7. Venue is proper under 28 U.S.C. § 1391.

8. Each of the Defaulting Defendants is a limited liability company and is not a minor, an incapacitated person, an officer or agency of the State of Colorado or the United States, or in the military service.

9. Plaintiff's Verified Complaint asserts a Breach of Contract claim against the Defaulting Defendants as Guarantors.

10. The Defaulting Defendants, as Guarantors, have breached the contractual obligations they owe to GE Capital under the "Guaranties" and "Agreements" (as those terms are defined

in the Verified Complaint) by, among other things, failing to make required payments to GE Capital when payment obligations became due.

11. GE Capital is entitled to recover damages from the Defaulting Defendants as provided in the Guaranties, including without limitation, a full range of money damages in the nature and amounts as specified in the Guaranties and Agreements.

12. Pursuant to the terms of the Guaranties and the Agreements, the entire amounts due thereunder have been accelerated and are due and owing to GE Capital by the Defaulting Defendants. The amount due and owing by the Defaulting Defendants, after acceleration and not including attorneys' fees and costs, totals not less than $6,119,346.11 as of May 21, 2012. Per diem, default interest on these sums equals $2,786.77 for each and every day past May 21, 2012.

13. Under the Agreements and Guaranties, the Defaulting Defendants are obligated to pay the attorneys' fees and costs incurred by GE Capital in the enforcement of its rights thereunder, including this lawsuit.

14. GE Capital has incurred attorneys' fees and costs in this matter in the sum around $48,237.87 as of June 13, 2012. These amounts are reasonable given the amounts sought by GE Capital in this matter and the circumstances and complexities contained in this case. These amounts do not include additional attorneys' fees and costs incurred in connection with the pending bankruptcies filed by Central Concrete Pumping, Inc., Southwest Concrete Pumping, Inc. and AJ Concrete Pumping II, Inc. (collectively referred to as the "Debtors") in the consolidated bankruptcy Case No. 12-17031 styled *In*

*re Central Concrete Pumping, Inc. et al.* pending in the United States Bankruptcy Court for the District of Colorado.

15. The Defaulting Defendants are jointly and severally liable to GE Capital for all damages, including money damages, attorneys' fees, costs of collection and interest.

16. The time for the Defaulting Defendants to file any answer or other responsive pleading has lapsed. There is no just reason for delay in entering final judgment against the Defaulting Defendants, and judgment shall so enter.

Based on the above findings, the Court hereby ORDERS as follows:

1. The Defendants MDRA Land Investment, LLC, Mobile Concrete Pump Repair, LLC, SWCP Limited Liability Company and Southwest Payroll, LLC (collectively referred to herein as the "Defaulting Defendants") are in default.

2. Defaulting Defendants are barred from contesting GE Capital's claims for damages and GE Capital's request for entry of judgment as set forth in the Verified Complaint.

3. The Court enters judgment in favor of Plaintiff and against the Defaulting Defendants for the amount due and owing after acceleration and not including attorneys' fees and costs, in the amount of $6,119,346.11 as of May 21, 2012.

4. The Court enters judgment in favor of Plaintiff and against the Defaulting Defendants for per diem default interest on these sums in the amount of $865,354.17 and continuing to accrue at the rate of $2,786.77 for each and every day past the date of this Order.

5. The Court enters judgment in favor of Plaintiff and against the Defaulting Defendants for attorneys' fees and costs in this matter in the sum of $48,237.87 as of June 13, 2012.

6. To the extent the borrower or a co-guarantor makes a payment attributable to the principal or interest, as established by this Order, this judgment shall be reduced to reflect such a payment.

7. The Defaulting Defendants shall continue to be subject to additional attorney's fees and costs relating to any continuing collection efforts made by Plaintiffs.

8. The Defaulting Defendants are jointly and severally liable for all judgments granted herein.

Dated this 16th day of July, 2013.

_____
United States District Court Judge/Magistrate