| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation, ) ) ) Plaintiff, ) ) v. ) ) CENTRAL CONCRETE PUMPING, INC., a Colorado corporation; SOUTHWEST CONCRETE PUMPING, INC., a Colorado corporation; AJ CONCRETE PUMPING II, INC., a Georgia corporation; JEFFREY MOLL, an individual residing in and citizen of Colorado; THOMAS M. ANDERSON, an individual residing in and citizen of Florida; STEVEN ROBERT ROSENDALE, an individual residing in and citizen of Colorado; PETER G. DeGROOD, an individual residing in and citizen of Colorado; MDRA LAND INVESTMENT, LLC, a Colorado limited liability company; MOBILE CONCRETE PUMP REPAIR, LLC, a Colorado limited liability company; PATRIOT CONCRETE PUMPING, LLC, a Colorado limited liability company; PATRIOT LEASCO, LLC, a Colorado limited liability company; SWCP LIMITED LIABILITY COMPANY, a Colorado limited liability company; and SOUTHWEST PAYROLL, LLC, a Colorado limited liability company, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Defendants. ) | Case No. 1:12-CV-00679 |

---

## ORDER OF DISMISSAL WITH PREJUDICE
---

**THIS MATTER,** having come before the Court on the parties' Stipulated Motion to

Dismiss Claims Against Defendants Patriot Concrete Pumping, LLC and Patriot Leaseco, LLC,

the Court having reviewed, and being fully advised with respect to, the same;

- 2 -

**ORDERS** that the Motion is **GRANTED**, and that the claims against Defendants Patriot Concrete Pumping, LLC and Patriot Leaseco, LLC are hereby dismissed, with prejudice, each party to pay its own attorneys' fees and costs related to such claims.

**DATED** this 31st day of July, 2013.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
R. Brooke Jackson
U.S. District Court Judge