IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:12-CV-00679 |
| CENTRAL CONCRETE PUMPING, INC., a Colorado corporation; SOUTHWEST CONCRETE PUMPING, INC., a Colorado corporation; AJ CONCRETE PUMPING II, INC., a Georgia corporation; JEFFREY MOLL, an individual residing in and citizen of Colorado; THOMAS M. ANDERSON, an individual residing in and citizen of Florida; STEVEN ROBERT ROSENDALE, an individual residing in and citizen of Colorado; PETER G. DeGROOD, an individual residing in and citizen of Colorado; MDRA LAND INVESTMENT, LLC, a Colorado limited liability company; MOBILE CONCRETE PUMP REPAIR, LLC, a Colorado limited liability company; PATRIOT CONCRETE PUMPING, LLC, a Colorado limited liability company; PATRIOT LEASCO, LLC, a Colorado limited liability company; SWCP LIMITED LIABILITY COMPANY, a Colorado limited liability company; and SOUTHWEST PAYROLL, LLC, a Colorado limited liability company, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY
## DISMISSAL OF CLAIMS WITHOUT PREJUDICE

Plaintiff, General Electric Capital Corporation ("GE Capital"), in accordance with Federal Rule of Civil Proceedure 41(a)(1)(A)(i), voluntarily dismisses all claims against Remaining Defendants, as that term is defined below, without prejudice, and states as follows:

1. Pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), GE Capital respectfully provides notice of the voluntary dismissal of its claims *without prejudice* against Defendant Central Concrete Pumping, Inc., Defendant Southwest Concrete Pumping, Inc., and Defendant AJ Concrete Pumping II, Inc. ("Remaining Defendants").

2. Such voluntary notice of dismissal *without prejudice* is appropriate because the Remaining Defendants have filed no answer or other responsive pleading to GE Capital's Verified Complaint [Docket No. 1].

3. The Remaining Defendants filed for Bankruptcy soon after GE Capital filed its Verified Complaint in this litigation (the jointly administered Chapter 11 bankruptcy proceedings are pending as Case No. 12-17031-HRT, the "Bankruptcy"). As such, GE Capital desires that the dismissal of any claims against the Remaining Defendants be *without prejudice* in order to preserve its rights to enforce its contractual agreements with the Remaining Defendants, including its rights pertaining to certain collateral and equipment, should the Remaining Defendants default under the terms of their Second Amended Joint Plan of Reorganization in the Bankruptcy.

4. Final resolutions in this matter have been reached with respect to all other Defendants[1].

---

[1] On February 4, 2013, the Court entered its Order [Docket No. 93] granting the Motion to Dismiss or Lack of Personal Jurisdiction and/or Improper Venue filed by Defendant Moll, Defendant Anderson, Defendant DeGrood and Defendant Rosendale. On July 16, 2013, this Court entered its Order for Default Judgment [Docket No. 120] and Judgment Docket No. 120-1] against Defendant MDRA Land Investment, LLC, Defendant Mobile Concrete Pump Repair, LLC, Defendant SWCP, LLC, and Defendant Southwest Payroll, LLC. On July 31, 2013 and after a settlement between the parties, the Court entered its Order of Dismissal with Prejudice [Docket No. 125] concerning Defendant Patriot Concrete Pumping, LLC and Patriot Leaseco.

**WHEREFORE**, GE Capital respectfully provides notice of the voluntary dismissal, *without prejudice*, of its claims against Defendant Central Concrete Pumping, Inc., Defendant Southwest Concrete Pumping, Inc., and Defendant AJ Concrete Pumping II, Inc..

November 6, 2013.

    GENERAL ELECTRIC CAPITAL
    CORPORATION, a Delaware corporation


    By: *s/Erich L. Bethke {Orig. Sign. on file}*
    One of Its Attorneys
    Erich L. Bethke
    Senn Visciano Canges, PC
    1700 Lincoln Street, Suite 4500
    Denver, Colorado 80203
    (303) 298-1122

    &

    Alexander Terras
    Timothy S. Harris
    Reed Smith LLP
    10 South Wacker Drive, #4000
    Chicago, Illinois 60606
    (312) 207-1000

# CERTIFICATE OF SERVICE

This will certify that on this 6th day of November, 2013, a correct copy of the foregoing was electronically served via the U.S. District Court for the District of Colorado, Electronic Case Filing system, addressed as indicated below:

Mr. Michael J. Guyerson, Esq.
Mr. Andrew D. Johnson, Esq.
Onsager, Staelin & Guyerson, LLC
1873 South Bellaire Street #1401
Denver, CO 80222
mguyerson@osglaw.com
ajohnson@osglaw.com

*s/ Meghan Betz* {Orig. Sign. on file}